Eastern District of Kentucky
**F I L E D**
AUG 1 4 2015
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION – AT PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>JOSEPH HALL,<br>    Defendant. | CRIMINAL ACTION NO. 7:08-28-KKC<br><br>**MEMORANDUM**<br>**OPINION AND ORDER** |

\*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendant Joseph Hall's motion (DE 436) for a sentence reduction based on Amendment 782 to the United States Sentencing Guidelines. The amendment reduces by two the offense levels assigned in the Drug Quantity Table, U.S.S.G. § 2D1.1, resulting in lower guideline ranges for most drug trafficking offenses.

IT IS ORDERED that the motion is GRANTED and the defendant's previously imposed sentence of imprisonment of 126 months is reduced to 81 months. For reasons stated on the record, the original sentence encompassed a downward variance from the applicable guideline range. The revised sentence represents a corresponding comparable variance from the amended guideline range.

The defendant's advanced age and lack of criminal history indicated that he is not likely to reoffend. Moreover, a sentence of 81 months protects the public and promotes respect for the law.

Dated August 13, 2015.

KAREN K. CALDWELL, CHIEF JUDGE
U.S. DISTRICT COURT